No. 24-2914

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

Abigail Farella et al.,
        *Plaintiffs-Appellees,*

v.

District Judge A.J. Anglin,
        *Defendant-Appellant.*

On Appeal from the from the United States District Court
for the Western District of Arkansas
No. 5:22-CV-5121 (Hon. Timothy L. Brooks)

## PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Alison Lee
Douglas Norwood
Norwood & Norwood Attorneys
2001 S. Dixieland Road
Rogers, AR 72758
(479) 636-1262
alison@norwoodattorneys.com
doug@norwoodattorneys.com

Jeffrey L. Fisher
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
(650) 473-2600
jlfisher@omm.com

Joshua Revesz
Ellie Hylton
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
jrevesz@omm.com
ehylton@omm.com

*Counsel for Plaintiffs-Appellees*

Plaintiffs-Appellees Abigail Farella and Logan W. Murphy (collectively, "Plaintiffs-Appellees"), on behalf of themselves and all others similarly situated, respectfully move for a 60-day extension of time to file a response brief. The brief is currently due on December 23, 2024 (*see* Doc. 5459162), and would be due February 21, 2025, if this motion is granted. This is Plaintiffs-Appellees' first requested extension.

This motion is supported by good cause. Plaintiffs-Appellees recently retained O'Melveny & Myers LLP to brief this matter on a pro bono basis, and undersigned counsel are in the process of familiarizing themselves with this case. Jeffrey L. Fisher has assumed primary responsibility for the response brief, but has significant case and travel obligations prior to the initial deadline of December 23. Mr. Fisher's pre-existing commitments include:

- An oral argument in *Kousisis v. United States*, No. 23-909 (U.S.), on December 9, 2024;

- A reply brief in support of a petition for certiorari in *Liestman v. United States*, No. 24-264 (U.S.), due December 17, 2024;

- A reply brief in support of a petition for certiorari in *Nivar Santana v. Garland*, No. 24-46 (U.S.), due December 18, 2024;

- Forthcoming applications for emergency relief and certiorari in *Firebaugh v. Garland* (U.S.), an appeal of *TikTok v. Garland, Inc.*, No. 24-1113 (D.C. Cir.);

Counsel for Plaintiffs-Appellees also have pre-planned vacations during Christmas week.

The 60-day extension will not prejudice any party. Counsel for Plaintiffs-Appellees has conferred with counsel for Defendant-Appellant District Judge A.J. Anglin, and is authorized to state that this motion is unopposed.

Dated: December 9, 2024

Alison Lee
Douglas Norwood
Norwood & Norwood Attorneys
2001 S. Dixieland Road
Rogers, AR 72758
(479) 636-1262
alison@norwoodattorneys.com
doug@norwoodattorneys.com

Respectfully submitted,

*/s/ Jeffrey L. Fisher*
Jeffrey L. Fisher
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
(650) 473-2600
jlfisher@omm.com

Joshua Revesz
Ellie Hylton
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
jrevesz@omm.com
ehylton@omm.com

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), it contains 251 words.

This motion also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point, Times New Roman font.

Dated: December 9, 2024                     */s/ Jeffrey L. Fisher*
                                                                    Jeffrey L. Fisher

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 9, 2024, I caused the foregoing motion to be electronically filed and served on all counsel of record via this Court's CM/ECF system.

*/s/ Jeffrey L. Fisher*
Jeffrey L. Fisher
