IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| ABIGAIL FARELLA, et al.,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>DISTRICT JUDGE A.J. ANGLIN,<br><br>*Defendant-Appellant*. | No. 24-2914 |

**MOTION TO WITHDRAW AS COUNSEL**

Joshua Revesz, counsel for appellees, respectfully moves to withdraw as an attorney of record in this matter. Mr. Revesz will be leaving O'Melveny & Myers LLP for employment elsewhere effective June 20, 2025. Appellees will continue to be represented by the other counsel of record from O'Melveny & Myers LLP and Norwood & Norwood, P.A.

1

Respectfully submitted,

Dated: June 18, 2025

*/s/ Joshua Revesz*
Joshua Revesz
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
+1 202-383-5261
jrevesz@omm.com

*Counsel for Appellees*

# CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 55 words.  The motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6), as it has been prepared using Microsoft Word in a proportionally-spaced 14-point Times New Roman typeface.  This PDF file has been scanned for viruses, and no viruses were found on the file.

/s/ *Joshua Revesz*
Joshua Revesz

# CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I electronically filed this brief with the Clerk of this Court using the appellate CM/ECF System. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ *Joshua Revesz*
Joshua Revesz